G. Thomas Martin, III, Esq. (SBN 218456)
Krohn & Moss, Ltd
10474 Santa Monica Blvd., 4th Floor
Los Angeles, CA 90025
Tel: 323-988-2400 x 265
Fax: 866-583-3695
tmartin@consumerlawcenter.com
Attorneys for Plaintiff
HOWARD EURITT

# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| HOWARD EURITT, | Case No.: 2:09-cv-03442-GEB-CMK |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| CARD WORKS SERVICING a/k/a CARDHOLDER MANAGEMENT SERVICES, | |
| Defendant. | |

NOW COMES the Plaintiff, HOWARD EURITT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                               Respectfully Submitted,

DATED: April 19, 2010        KROHN & MOSS, LTD.

                               By: /s/ G. Thomas Martin, III

                                   G.Thomas Martin, III, Esq.
                                   Attorney for Plaintiff