IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD EURITT,

        Plaintiff,

    v.

CARD WORKS SERVICING a/k/a
CARDHOLDER MANAGEMENT SERVICES,

        Defendant.

2:09-cv-03442-GEB-CMK

<u>ORDER RE: SETTLEMENT
AND DISPOSITION</u>

On April 19, 2010, Plaintiff filed a Notice of Settlement in which he states this action has settled and he "anticipates [it] will be finalized within the next 40 days." Therefore, a dispositional document shall be filed no later than June 1, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: April 23, 2010

                                                            GARLAND E. BURRELL, JR.
                                                            United States District Judge